# JG LAW PLLC

2525 Ponce de Leon Blvd, 3rd Floor, Coral Gables, FL 33134
Tel: 305.444.7775
Email: jgagel@jgagel.com

---

May 12, 2020

## FREEDOM OF INFORMATION ACT / PRIVACY ACT RECORDS REQUEST

**U.S. Department of State**
Office of Information Programs and Services
Attn: A/GIS/IPS/RL
2201 C St NW, Suite B266
Washington, DC 20520-0000
FOIARequest@state.gov

**Department of Homeland Security**
Dena Kozanas
Chief Privacy Officer/Chief FOIA Officer
Privacy Office, Mail Stop 0655
Department of Homeland Security
2707 Martin Luther King Jr. AVE SE
Washington, DC 20528-065
Phone: 202-343-1743 or 866-431-0486
Fax: 202-343-4011
E-mail: foia@hq.dhs.gov

**Office of Intelligence & Analysis**
Privacy Office, Mail Stop 0655
Department of Homeland Security
2707 Martin Luther King Jr. AVE SE
Washington, DC 20528-065
Phone: 202-447-3783
Fax: 202-612-1936
E-mail: I&AFOIA@hq.dhs.gov

**USCIS**
National Records Center, FOIA/PA Office
P. O. Box 648010
Lee's Summit, MO. 64064-8010
FOIA Officer/Public Liaison: Jill Eggleston

Phone: 1-800-375-5283 Fax: 816-350-5785
E-mail: uscis.foia@uscis.dhs.gov

**U.S. Immigration and Customs Enforcement**
Freedom of Information Act Office
500 12th Street SW, Stop 5009
Washington, D.C. 20536-5009
Tel: (866) 633-1182
Fax: (202) 732-4266
Email: ICE-FOIA@dhs.gov

**U.S. Customs & Border Protection**
90 K St. NE
FOIA Division
Washington, DC 20229
Phone: 202-325-0150
E-mail: CE-FOIA@dhs.gov

**U.S. Agency for International Development**
1300 Pennsylvania Avenue, NW
FOIA Request
USAID Annex, M/MS/IRD, Room 2.4.0A
Washington, DC 20523
E-Mail: foia@usaid.gov

**U.S. Coast Guard**
Commandant (CG-611)
Attn FOIA Officer
Us Coast Guard Stop 7710
2703 Martin Luther King Jr Ave. SE

1

Washington DC 20593-7710
E-Mail: EFOIA@uscg.mil

**U.S. Army Freedom of Information Act Office**
Records Management and Declassification Agency
9301 Chapek Rd. Bldg 1458
Fort Belvoir, VA 22060-5605
E-Mail: usarmy.belvoir.hqda-oaa-ahs.mbx.rmda-foia@mail.mil

**Drug Enforcement Administration**
Attn: FOI/PA Unit (SARF)
8701 Morrissette Drive
Springfield, Virginia 22152
E-mail: DEA.FOIA@usdoj.gov
Fax: (202) 307-8556

**Federal Bureau of Investigation**
Attn: FOI/PA Request
Record/Information Dissemination Section
170 Marcel Drive
Winchester, VA 22602-4843
Fax: (540) 868-4391/4997

**CIA**
Information and Privacy Coordinator
Central Intelligence Agency
Washington, D.C. 20505
Fax: (703) 613-3007

**Department of the Treasury**
Financial Crimes Enforcement Network
FOIA Request
FinCEN Disclosure Office
P.O. Box 39
Vienna, VA 22183
FinCENFOIA@fincen.gov
Fax: (202) 622-6415

**Department of Commerce Chief FOIA Officer**
Catrina Purvis, CISSP, Esq.
Chief FOIA Officer
Office of Privacy and Open Government
14th and Constitution Avenue NW
Mail Stop 61013
Washington, DC 20230
Phone: 202-482-1190
Email: cpo@doc.gov
E-Mail: eFOIA@doc.gov

**Transportation Safety Administration**
Freedom of Information Act Branch
601 S. 12th Street
3rd Floor, West Tower, TSA-20
Arlington, VA 20598-6020
FOIA Officer/Public Liaison: Teri Miller
Phone: 1-866-FOIA-TSA or 571-227-2300
Fax: 571-227-1406
E-mail: foia@tsa.dhs.gov

Dear FOIA / PA Records Officer:

    I have been retained by the individuals referenced as Subjects of Record in this FOIA/PA records request. The Subjects of Record ("SOR") are the Requesting Parties individually and jointly, but *all responses should be addressed to me as their attorney*. All necessary privacy and record releases are enclosed. This request is a cross-department request and is intended for and has been sent to each of the above FOIA Offices. Any request explicit to a single agency should be handled solely by that agency, any request that requires approval of multiple agencies should be handled by the agency that can provide the most thorough response in a timely manner. I am the requester on behalf of these individuals and corporate entities. My information is as follows:

2

James Gagel, Esq.
JG Law PLLC
2525 Ponce de Leon Blvd., Third Floor
Coral Gables, Florida 33134
Tel: 305.444.7775
Fax: 305.444.1162
E-Mail: jgagel@jgagel.com

By my signature, I consent to pay all costs incurred from search, duplication, and review of documents up to $25. Please notify me immediately if any costs greater than that will be accrued.

_____
James Gagel
Attorney of Record
Date: May 12, 2020

> ➢ **TIME FRAME:** <u>**ALL RECORDS FROM 1999 TO THE PRESENT**</u>

> ➢ **Description of Records Requested:**

The following records are requested with regard to the **Subjects of Record (SOR)**. All combinations of name, similar name, known or suspected alias, identification numbers, and other biographic information ' for each individual should be fully searched upon. All records related to each SOR, whether individually or jointly, should be produced without exception.

The records requested are as follows:

A. Records shall refer to, but not be limited to, all worksheets, coversheets, forms, emails, written documents, database entries, post-it notes, junk folders, handwritten notes, logs, metadata, files, cables, , memos and other hand written instruments of every kind, other documents and other records in paper and electronic form, as more fully described herein, whether locally, remote, subfolders, or other storage locations; and all other written information and all formal and informal records regarding any of the SOR, including all incoming and outgoing materials.

B. Copies of all formal and informal records referencing and related to any of the SOR.

C. Copies of entire Alien records (A-Files), Petitioner records, Beneficiary records, Temporary Files (T-Files), Receipt Files (R-Files), Work Files (W-Files), and all other records on behalf of, by, for, or otherwise referencing any of the SOR by any of the agencies, offices, and records systems set forth herein.

D. Copies of all of the following records in which any of the SOR are mentioned:

1. **U.S. State Department: U.S. Consulate and U.S. Embassy, Honduras**: All correspondence and communications of every nature received from and sent to anyone, including that received from and sent to any SOR, including e-mail messages, briefing materials, formal and informal notes, drafts, memorandums of conversations, formal and informal filing and records systems regarding Honduras and Honduran citizens, data entries, scanned materials, email and word processing System Copies of records created on electronic mail and word processing systems and used to generate a recordkeeping copy of the record and all other documentation on the activities, interests, and responsibilities of U.S., Honduran, and other employees, contractors, and natural or corporate persons received or obtained by the U.S. Consulate and U.S. Embassy in Tegucigalpa, Honduras, including the Consul General (commencing with the tenure of John M. Jones to the present), Chief of Mission, Chargé d'Affaires, Ambassador, Commercial Attaché, Commercial Officers, Commercial Specialists, the Economics Section, the Political Section, the **Office of Security Cooperation (OSC)**, the **Joint Information Communications Center** CEINCO **(JICC), the International Narcotics and Law Enforcement Affairs Section (INL), the DEA, FBI, CIA, Coast Guard, Army, USAID, the Commerce Department,** and other entities operating in Honduras during the relevant time period, including information contained in the National Automated Case Management Information System (NACMIS) and all information received or obtained from any third parties, including natural persons, corporate or non-for profit entities, Chambers of Commerce, (including the *Camara de Comercio e Industrias de Cortes* – **The Chamber of Commerce and Industry of Cortes**) associations, or charitable or religious groups or persons, including **Samaritan's Purse**, the Government of Honduras (GOH), including the Ministry of Security (which includes the Directorate of Special Investigation Units), the Defense Ministry, and the Public Ministry, as well as copies of all agreements and Memorandums of Understanding of the **Bureau for International Narcotics and Law Enforcement Affairs** and other U.S.-Honduran or U.S.-U.S. law enforcement agreements in effect in Honduras from 1999 to the present and all documents and information from all entities listed herein which mention any of the SOR.

    1.1 **CCD**: Consular Consolidated Database, including all notes, memos, cables, and entries and data from all sources and all related information available to personnel at the U.S. Consulate, U.S. Embassy, and other entities operating at or associated with the U.S. Consulate and U.S. Embassy in **Tegucigalpa, Honduras**, wherever located, whether in SCI storage at the National Archives or elsewhere.

    1.2 **CLASS**: Consular Lookout and Support System, including all notes, memos, cables, entries and data from all sources and all related information at the U.S. Consulate, U.S. Embassy, and other entities operating at or associated with the U.S. Consulate and U.S. Embassy in **Tegucigalpa, Honduras**.

2. **Department of Homeland Security**: All records maintained by the **United States Citizenship and Immigration Services** (USCIS), **Customs and Border Protection (CBP)** and **Immigration and Customs Enforcement** (ICE) contained in: Person Centric Query Service (PCQS; including CIS, CISCOR, DoS CCD, MiDAS, MFAS and RNACS); NFTS,

ISRS FDNS: Fraud Detection and National Security Directorate including FDNS-DB records and FDNS-DS records including ATLAS records and results, Federated Immigration Screening and Application reports (FISAR) with the entire screening history of any of the SOR, including records of standard checks, and any SGNs produced by ATLAS that relate to the SOR; FDNS source systems, including, but not limited to USCIS Electronic Immigration System (USCIS ELIS) •Service Center Computer Linked Adjudication Information Management System (SCCLAIMS); •Benefits Biometric Support System (BBSS); •Enterprise Service Bus/Person Centric Query System (ESB/PCQS); •CLAIMS 3; •CLAIMS 4 Computer Link Application Information Management Systems; •Central Index System (CIS); •Change of Address Form (AR11 System and Form); •Refugee, Asylum, and Parole System (RAPS); •Interim Case Management Solution (ICMS); •Customer Profile Management System (CPMS); •National File Tracking System (NFTS); •Enterprise Citizenship and Immigration Service Centralized Oracle Repository (eCISCOR); •External Data Interface Standards (EDIS); •Customer Representative System; •Validation Initiative for Business Enterprise (VIBE); •Scheduling Notification for Applicant Processing (SNAP); and •Electronic Document Management System (EDMS). Other DHS Sources: TECS; •CBP Arrival and Departure System (ADIS). •DHS National Protection and Programs Directorate (NPPD) Automated Biometric Identification System (IDENT), OBIM, FACE, (CIS/EDMS SORN); SER ADJ, CARIER SORN system, including, but not limited to EID, EAGLE and ENFORCE EARM, FACE, ITL, LEO, HSI, Lookout List, BCS, Office of Biometric Identity Management and Traveler Redress Inquiry Program; All Customer Relationship Management (CRM) and Customer Management Information Systems (CMIS) and similar records, including but not limited to the National Customer Service Center (NCSC) and local USCIS, ICE, and CBP offices in the U.S. and Honduras.

3. **U.S. Agency for International Development, Honduras,** including, but not limited to **International Organization Affairs** records: All communications, including cables, diplomatic notes, notes, data entries, emails, memorandums, reports, policy and position papers, and other documents of the as it relates to the activities of the charity **Samaritan's Purse**, including press releases and clippings, biographic information, analyses, etc., and all correspondence, memorandums and related papers prepared, maintained, or received by USAID and/or Samaritan's Purse, including the **Office of Foreign Missions**, Visa Records, Intelligence and Research records, Consular Affairs records, and all other records which mention any of the SOR.

4. **U.S. Coast Guard, Honduras (USCG):** All communications, including cables, diplomatic notes, internal notes, data entries, emails, memorandums, reports, and other documents including press releases and clippings, biographic information, analyses, investigative reports, etc. reports and information of coalition of U.S. agencies dedicated to disrupting illicit networks in the drug trade and money laundering, involving elements of the USCG, CBP, ICE, USCIS, U.S. Armed Forces and Honduran authorities, including records related to all port activity at Port of **Puerto Cortes** and other Honduran ports. Included in this request are all records of the Maritime Awareness Global Network (MAGNET) Law Enforcement Information Database (LEIDB)/Pathfinder, USCG Law Enforcement (ULE) System of Records and all prior and similar databases.

5. **U.S. Army in Honduras**: All communications, including cables, diplomatic notes, internal

notes, data entries, emails, memorandums, reports, and other documents including press releases and clippings, biographic information, analyses, investigative reports, etc. reports and information of coalition of U.S. agencies dedicated to disrupting illicit networks in the drug trade, involving operations at **Joint Task Force-Bravo** at Soto-Cano Air Base and throughout Honduras, including the **Office of Security Cooperation** (OSC) including all joint and cooperation activities with USCG, CBP, ICE and other entities, whether U.S., Honduran, or others.

6. **DEA**: All communications, including cables, diplomatic notes, internal notes, data entries, emails, memorandums, reports, and other documents including press releases and clippings, biographic information, analyses, investigative reports, etc. reports and information related to the investigation of **drug trafficking and money laundering in Honduras**. All information contained in the Narcotics and Dangerous Drugs Information System (NADDIS) NDPIX (w/connectivity to NVPS) from CAST, WebNDPIX, the National Virtual Pointer System (NVPS) Domestic Interest, and all other databases maintained by or to which the DEA has access.

7. **FBI**: NCIC records, N-DEx records (Law Enforcement National Data Exchange DOJ/FBI, all records contained in FBI Call Centers and Offices (local or international), including incident, arrest, and booking reports; pretrial investigations; supervised released reports; calls for service; photos; and field contact/identification records; FIRS records, NDIS records, UNI records, CI: Counterintelligence and HUMINT Human Intelligence No Fly List, iDSM records; Data Sharing Model (iDSM) and records contained in the Integrated Automated Fingerprint Identification System (IAFIS) and the Department of Homeland Security's (DHS) Automated Biometric Identification (IDENT) systems, maintained by the Terrorist Screening Center (TSC), National Security Branch, JTTF System: Joint Terrorism Task Force, Guardian and e-Guardian, Most Wanted & Seeking Information, and all records, notes and other information contained in any system which the FBI has access to or maintains.

8. **CIA**: All communications, including cables, diplomatic notes, internal notes, data entries, emails, memorandums, reports, and other documents, biographic information, analyses, investigative reports, intelligence reports and information related to drug trafficking or money laundering.

9. **Department of the Treasury:** All records of the **Office of International Affairs, Office of Foreign Assets Control**, and **Office of Intelligence and Analysis,** and all lists, including Specially Designated Nationals and Blocked Persons List (SDN), Consolidated Sanctions List, FSE list, and records and information of every kind related to FinCEN Primary Money Laundering Concern List, including all communications, cables, diplomatic notes, internal notes, data entries, emails, memorandums, reports, and other documents including press releases and clippings, biographic information, analyses, investigative reports, and reports and information of coalition U.S. agencies dedicated to disrupting illicit networks devoted to drug trafficking and money laundering.

10. **Department of Commerce:** All communications, including cables, diplomatic notes, internal notes, data entries, emails, memorandums, reports, and other documents including

press releases and clippings, biographic information, analyses, investigative reports regarding commercial activities and the Commercial Service Office in Tegucigalpa, San Pedro Sula, and Puerto Cortez Honduras, in the transportation, import/export, logistics, overland freight and trucking sectors which mention any of the SOR and all information concerning activities in Honduras and policies, practices and programs concerning drug trafficking and money laundering in Honduras.

11. **Transportation Safety Administration:** All records which mention any of the SOR.

12. **CRM Records**: All Customer Relationship Management (CRM) and Customer Management Information System (CMIS) and similar records maintained by each of the above-named governmental entities.

13. **Other Agencies**: All records and references to any of the SOR, including references to other agencies holding or withholding information about the SOR.

14. All other electronic and paper information regarding or mentioning any of the SOR.

### SUBJECTS OF RECORD AND PRIVACY RELEASES

Subject of Record 1: **Emil Mahfuz Hawitt Medrano**

Date of Birth: **November 18, 1958**
Place of Birth: **El Progreso, Yoro, Honduras**
Alien Number: **A 089 832 270**
Father's Name: **Emil Hawitt Mahchi** (deceased)
Mother's Name: **Olimpia Medrano de Hawitt** (deceased)
Spouse's Name: **Yamileth Suyapa Lara Orellana** (deceased 01OCT2010)

Passport Number: **E396804 (Prior Passport Nos.: 098944, A264236, B139271)**
Passport Country: **Honduras**
Passport Issue Date: **24APR2014**
Passport Expiration Date: **28APR2024**

Street Address: **5ta calle, 34 Ave., casa #513, Colonia Bella Vista**
City: **San Pedro Sula**
Province/State: **Cortes Department**
Country: **Honduras**
Mobile Phone Number: **011.504.9991.3447**

➢ Address of Subjects of Record #2 - #13:

Kilómetro 5 Carretera al Polvorín, San Pedro Sula, Honduras Apartado Postal 2615

## Consent to Release of Records

By my signature below, I provide my consent to each of the agencies and public and private entities and any other public or private entity, to release the requested records, both my individual records and any joint records, personal and corporate, in full to **James Gagel, Attorney of Record,** understand that the records may contain information about myself that is protected.

## Declaration Under Penalty of Perjury Pursuant to 28 U.S. Code § 1746 in Support of and Request for and Release of Records

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that I am the person named above, and I also understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of note more than five years or both; and that requesting or obtaining any record (s) under false pretenses is punishable under the provision of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of note more than $5,000.

**Executed on: May 12, 2020**

_[signature]_

**Emil Mahfuz Hawitt Medrano**

**Additional privacy consents to release information to my Attorney, James Gagel, provided by me as the Authorized Representative of the following Companies:**

I certify that I am the Authorized Representative of the corporate entities listed below, which are identified as SOR 2 to SOR 13.

Subject of Record 2: **Transportes y Comercializadora Progreseña S.A. (TRANYCOP S.A.)**

Subject of Record 3: **Camiones y Repuestos S.A.(CAMRESA)**

Subject of Record 4: **Centro de Transporte S.A. (CENTRASA)**

Subject of Record 5: **Global Logistic, S.A.**

Subject of Record 6: **Inversiones Columbia, S.A.**

Subject of Record 7: **Grupo G-6 S.A.**

Subject of Record 8: **Inversiones Hawitt – Lara, S.A.**

Subject of Record 9: **El Medio, S.A.**

Subject of Record 10: **Oxinosa, S.A.**

Subject of Record 11: **HALA PARTNER S.A.**

Subject of Record 12: **HALA HOLDINGS S.A.**

Subject of Record 13: **LOHA HOLDINGS S.A.**

### Consent to Release of Records

By my signature below, I provide my consent to each of the agencies and public and private entities and any other public or private entity, to release the requested records, both my individual records and any joint records, personal and corporate, in full to **James Gagel, Attorney of Record** and understand that the records may contain information about myself that is protected.

### Declaration Under Penalty of Perjury Pursuant to 28 U.S. Code § 1746 in Support of and Request for and Release of Records

I declare under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct, and that I have full authority as the legal representative of each of the above-named entities, and I also understand that any falsification of this statement is punishable under the provisions of Title 18, United States Code (U.S.C.), Section 1001 by a fine of not more than $10,000 or by imprisonment of note more than five years or both; and that requesting or obtaining any record (s) under false pretenses is punishable under the provision of Title 5, U.S.C., Section 552a (i)(3) as a misdemeanor and by a fine of note more than $5,000.

**Executed on: May 12, 2020**

_(signature)_

**Emil Mahfuz Hawitt Medrano**

Please contact the undersigned with any questions or comments.

Sincerely,

_(signature)_

James Gagel
Attorney of Record
JG Law PLLC
2525 Ponce de Leon Blvd. 3rd Floor
Coral Gables, FL 33134
Tel: 305.444.7775
Fax: 305.444.1162
E-Mail: jgagel@jgagel.com
Florida Bar# 121561

9