| | |
|---|---|
| From Email : A_FOIAacknowledgement@groups.state.gov | |
| To Email : jgagel@gagel.com | |
| Cc Email : | |
| Bcc Email : | |
| Subject : Ref: F-2020-05511, Freedom of Information Act Acknowledgement | |
| Date Sent : 5/19/2020 11:50:28 AM | |
| Email Body : **THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.** Mr. Gagel: This email acknowledges receipt of your May 12, 2020, Freedom of Information Act (FOIA) (5 U.S.C. § 552) request received by the U.S. Department of State, Office of Information Programs and Services on May 12, 2020, regarding visa request for Emil Mahfuz Hawitt Medrano.  This Office assigned your request the subject reference number and placed it in the complex processing track where it will be processed as quickly as possible. See 22 CFR § 171.11(h). If you have any questions regarding your request, please contact our FOIA Requester Service Center or our FOIA Public Liaison by email at FOIAstatus@state.gov or telephone at 202-261-8484. **THIS EMAIL BOX IS NOT MONITORED, PLEASE DO NOT REPLY TO THIS EMAIL.** | |