

United States Department of State

*Washington, D.C. 20520*

January 26, 2021

James Gagel, Esq.
JG Law PLLC
2525 Ponce de Leon Blvd. 3rd Floor
Coral Gables, FL 33134

Email: jgagel@jgagel.com

Case Control Number:  F-2020-05511
Subject of Request: Emil Mahfuz Hawitt Medrano

Dear: Mr, Gagel:

      This is in response to your request under the Freedom of Information Act (the "FOIA"), 5 U.S.C. § 552, dated May 12, 2020, in which you requested visa records.

      Visa records are confidential under section 222(f) of the Immigration and Nationality Act, 8 U.S.C. § 1202(f).  Consistent with this authority, the Department may disclose certain visa-related records, such as a visa application, to the person who provided the record to, or has already received the record from, the Department of State.  Such records also may be disclosed to a duly authorized representative.  Those records are included herewith, with any confidential portions redacted.

      In addition, consistent with the Department of State's records retention and disposition rules, paper records of any non-immigrant visa issued in prior to 2009 would have been retired by the issuing Embassy or Consulate and destroyed prior to the date of your request.

      Any information about other visa records responsive to your request, including whether other records exist and, if so, the quantity of such records, is confidential under Section 222(f) and therefore exempt from release under Exemption 3 of the FOIA, 5 U.S.C. § 552(b)(3).  Consequently, the Department is unable to disclose any further information in response to your request.

      You may contact our FOIA Requester Service Center or our FOIA Public Liaison for any further assistance and to discuss any aspect of your request via email at Foiastatus@state.gov or telephone at (202) 261-8484.  Please be sure to refer to the case control number shown above in all correspondence about this case.

      If you are not satisfied with DOS's determination in response to your FOIA request, you may administratively appeal by writing to: U.S. Department of State, Appeals Officer, HST Room B266, 2201 C Street, NW, Washington, D.C. 20520, or faxed to (202) 485-1718.  Appeals must be postmarked within 90 calendar days of the date of this initial agency decision letter.  Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response.

   Additionally, if you are not satisfied with DOS's determination in response to your request, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration (NARA) to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, email address: ogis@nara.gov; telephone: (202) 741-5770; toll free number: 1-877-684-6448; facsimile: (202) 741-5769.

                       Sincerely,

                       *Laura Stein*

                       Laura Stein, Deputy Director
                       Office of Domestic Operations
                       Directorate for Visa Services

LS: bm
Enclosure:
As stated