UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JG Law, PLLC,<br><br>            Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>            Defendants. | Civil Action No. 22-02320 (TJK) |

**JOINT STATUS REPORT**

Plaintiff, JG Law, PLLC, and Defendants, U.S. Customs and Border Protection ("CBP"), a component of the U.S. Department of Homeland Security, and U.S. Department of State ("State") (collectively "Defendants"), by and through undersigned counsel, respectfully submit this joint status report pursuant to the Minute Order of this Court dated December 13, 2022.

The complaint in this Freedom of Information Act ("FOIA") case was filed on August 5, 2022. Defendants answered the complaint on November 21, 2022. This matter involves two separate FOIA requests, one to each of the Defendants, for information regarding Mr. Emil Mahfuz Hawitt Medrano ("Mr. Hawitt").

CBP has no record of receiving the request directed to CBP at issue in this litigation. Defendant CBP contends that the FedEx receipt provided by Plaintiff indicates that the request was delivered to a DHS distribution facility and not to CBP. Plaintiff contends that the FedEx receipt provided by Plaintiff indicates that the request was sent to the specific CBP address identified by the U.S. Department of Homeland Security on its FOIA Contact webpage for its

subcomponents.  CBP has requested that the plaintiff re-submit the request to CBP online.  The parties continue to confer concerning the request sent to CBP.

State is working diligently to search for and collect potentially responsive documents pursuant to the request.  At this time, State anticipates that it will be able to begin processing documents in 6 to 8 weeks.

Wherefore, the parties respectfully request that they provide a status report on or before March 10, 2023.

| | |
|---|---|
| Dated: January 11, 2023 | Respectfully submitted, |
| | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney |
| | BRIAN P. HUDAK<br>Chief, Civil Division |
| | By:  /s/Heather Graham-Oliver<br>HEATHER GRAHAM-OLIVER<br>Assistant United States Attorney<br>601 D Street, NW Washington, DC 20530<br>(202) 252-2520<br>heather.graham-oliver@usdoj.gov |
| | *Attorneys for Defendants* |
| | GAHAGAN LAW FIRM, L.L.C. |
| | By:  /s/ *Michael W. Gahagan*<br>Michael W. Gahagan, Esq.<br>GAHAGAN LAW FIRM, L.L.C.<br>3445 North Causeway Boulevard Suite 524<br>Metairie, LA 70002<br>504-766-9137<br>Michaelgahagan@immigrationlawneworleans.Com |

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JG Law, PLLC,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)   Civil Action No. 22-02320 (TJK)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROPOSED ORDER

Upon consideration of the parties' Joint Status Report, it is HEREBY ORDERED that the parties shall submit a joint status report on or before March 10, 2023, for further proceedings in this case.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE