UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JG Law, PLLC,<br><br>      Plaintiff,<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF STATE, *et al.*,<br><br>      Defendants. | Civil Action No. 22-2320 (TJK) |

## **DEFENDANTS' STATUS REPORT**

Defendants, U.S. Customs and Border Protection ("CBP"), a component of the U.S. Department of Homeland Security, and U.S. Department of State ("State") (collectively "Defendants"), by and through undersigned counsel, respectfully submit this status report pursuant to the Minute Order of this Court dated January 12, 2023. Undersigned counsel notified Plaintiff's counsel via email of the Court's Order on March 9, 2023, and on March 10, 2023, sent a copy of status report for counsel's input, if any. Undersigned counsel also called Plaintiff's counsel and left a message on counsel's voicemail; however, Plaintiff's counsel has not responded as of the filing of this report.

The complaint in this Freedom of Information Act ("FOIA") case was filed on August 5, 2022. Defendants answered the complaint on November 21, 2022. This matter involves two separate FOIA requests, one to each of the Defendants, for information regarding Mr. Emil Mahfuz Hawitt Medrano ("Mr. Hawitt").

CBP has no record of receiving the request directed to CBP at issue in this litigation. CBP has requested that the plaintiff re-submit the request to CBP online. The Plaintiff has not re-submitted the request electronically. It is anticipated that the parties will continue to confer concerning the request sent to CBP.

State has continued working diligently to search for and collect potentially responsive documents pursuant to the request. State has begun processing the records collected so far and issued its first production on February 16, 2023. State will continue its collection and processing efforts until all potentially responsive records are collected and processed.

Wherefore, the Defendants respectfully request that they provide a status report on or before May 10, 2023.

Dated: March 10, 2023

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/Heather Graham-Oliver*
HEATHER GRAHAM-OLIVER
Assistant United States Attorney
601 D Street, NW Washington, DC 20530
(202) 252-2520
heather.graham-oliver@usdoj.gov

*Attorneys for Defendants*