# UNITED STATES DISTCT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JG Law, PLLC, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE, *et al.*, <br><br> *Defendants*. | Civil Action No. 22-2320 (TJK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Patricia K. McBride as counsel for Defendants in the above captioned case substituting for Assistant United States Attorney Heather Graham-Oliver.

Respectfully submitted,

/s/ *Patricia K. McBride*
PATRICIA K. MCBRIDE
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
Tel:    (202) 252-7123
Email: patricia.mcbride@usdoj.gov